IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

ROBERT LE and THUOC ETEZAZI,
                        Plaintiffs,

vs.

NCO FINANCIAL SYSTEMS INC.,
                        Defendant.

Case Number:  6:11-CV-01194-JAR-KGG

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

1. Plaintiff is Thuoc Etezazi; Defendant is NCO Financial Systems Inc.

2. Plaintiff sued defendant for violation of the Kansas Consumer Protection Act and invasion of privacy for deceptive practices and repeated harassment by telephone.

3. Defendant served an unconditional offer of judgment, attached as Exhibit A, on Plaintiff on or about July 25, 2011, which is more than ten days before trial.

4. As authorized by Federal Rule of Civil Procedure 68, Plaintiff accepts Defendant's offer of judgment and asks that the clerk enter judgment in accordance with the offer.

                        Respectfully submitted,

                        /s/ A.J. Stecklein
                        A.J. Stecklein #16330
                        Charles D. Kugler #7031
                        Consumer Legal Clinic LLC
                        748 Ann Avenue
                        Kansas City, Kansas 66101
                        Telephone:  913-371-0727
                        Facsimile:  913-371-0147
                        AJStecklein@gmail.com
                        CDKugler@yahoo.com
                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

   I certify that a copy of Plaintiffs' Notice of Acceptance of Offer of Judgment was served and electronically filed on this 4th day of August, 2011 by U.S. mail and on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorneys in charge for Defendant:

Richmond M. Enochs
Paul Croker
Wallace, Saunders, Austin, Brown & Enochs Chartered
Post Office Box 12290
Overland Park, Kansas 66282
Attorneys for Defendant

              /s/  A.J. Stecklein
              A.J. Stecklein #16330