UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

ROBERT LE and THUOC ETEZAZI )
                              ) CASE NO. 6:11-CV-01194-JAR-KGG
            Plaintiffs,       )
                              )
v.                            )
                              )
NCO FINANCIAL SYSTEMS, INC.   )
                              )
                              )
            Defendant.        )
                              )

### OFFER OF JUDGMENT

DATE:  July 22, 2011

TO:  Thuoc Etezazi, (hereinafter "Plaintiff"), by and through her attorney, A.J. Stecklein, Consumer Legal Clinic, LLC., 748 Ann Avenue, Kansas City, KS 66101.

Pursuant to Fed. R. Civ. P. 68, Defendant, NCO Financial Systems, Inc., (hereinafter "NCO") hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

1. Judgment shall be entered against NCO for damages in the total amount of Two Thousand and No/100 Dollars ($2,000) for damages incurred by Plaintiff, Thuoc Etezazi, as a result of NCO's alleged violations of the Kansas Consumer Protection Act, KSA §50-626, *et seq.*;

2. In addition, the Judgment entered shall include an additional amount for Plaintiff's reasonable costs and attorney's fees accrued through the date of service of this Offer of Judgment either: 1) as agreed to by counsel for the parties; or 2) in the event counsel cannot agree, as determined by the Court upon application by Plaintiff's counsel;

3. The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against NCO, said judgment shall have no effect whatsoever except in settlement of those

claims;

4. This Offer of Judgment is made solely for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that NCO is liable in this action, or that Plaintiff has suffered any damage;

5. In accordance with Fed. R. Civ. P. 68, if this Offer of Judgment is not accepted by Plaintiff within 14 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff must pay her costs incurred after making this Offer, as well as the costs of NCO as allowed by the law of this Circuit.

ACCEPTED: _____
            Thuoc Etezazi

DATE: _____

Respectfully Submitted,

_____
Richmond M. Enochs, Esq.  #05972
Paul Croker, Esq.          # 21627
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
P.O. Box 12290
Overland Park, KS  66282-2290
Telephone: (913) 752-5506
Facsimile: (913) 888-1065
renochs@wallacesaunders.com
pcroker@wallacesaunders.com

Attorneys for Defendant,
NCO Financial Systems, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record _XX by email; ___ by hand; ___ by ECF/CM; ___ by fax; ___ by FedEx; _XX by placing a copy of same in the U.S. Mail, postage prepaid this 22nd day of July, 2011.

Charles Kugler   A.J. Stecklein
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, KS  66101

\\sfnfs02\prolawdocs\6947\6947-27877\Le, Robert & Etezazi, Thuoc\496122.doc